BROADRIVER, INC. *v.* CITY OF STAMFORD ET AL.

The motion by the defendants to dismiss the appeal from the denial by the Superior Court in Fairfield County at Stamford of the application for a temporary injunction is granted.

*Bernard Glazer,* with whom was *Robert M. Wechsler,* for the appellees (defendants).

*Julius B. Kuriansky,* for the appellant (plaintiff).

Argued December 5—decided December 5, 1967

ONA P. VAITEKUNENE *v.* JONAS BUDRYS, CONSUL GENERAL OF LITHUANIA AT NEW YORK, ET AL.

The motion by the state treasurer to dismiss the appeal from the Superior Court in New Haven County is denied.

The motion by the named defendant to dismiss the appeal from the Superior Court in New Haven County is denied.

*Robert L. Hirtle,* assistant attorney general, for the appellee (defendant state treasurer), with whom was *Leo C. Mazotas,* for the appellee (named defendant).

*Robert I. Berdon,* for the appellant (plaintiff).